[No. 5505.  Decided September 6, 1905.]
MARTHA A. SLAGHT, *Respondent*, v. NORTHERN PACIFIC RAILWAY COMPANY *et al., Appellants*.[1]

Appeal from a judgment of the superior court for Whitman county, Chester F. Miller, J., entered July 13, 1904.  Affirmed.

*John M. Bunn (James B. Kerr*, of counsel), for appellants.

*Thomas Neill (W. E. McCroskey* and *A. A. Wilson*, of counsel), for respondent.

PER CURIAM.—Affirmed on the authority of *Slaght v. Northern Pac. R. Co.*, 39 Wash. 576, 81 Pac. 1062.

———————

[No. 5788.  Decided December 7, 1905.]
THE STATE OF WASHINGTON, *Respondent*, v. PEARL HOWARD, *Appellant*.[2]

Appeal from a judgment of the superior court for Yakima county, Rudkin, J., entered December 21, 1904, upon a trial and conviction of the crime of robbery.  Affirmed.

*E. B Preble* and *D. L. Crowder*, for appellant.

PER CURIAM.—The questions presented in this case are the same as those in case 5791, *State v. Smith, ante,* p. 615, 82 Pac. 918, and for the reasons therein stated will stand affirmed.

———————

[No. 5792.  Decided December 7, 1905.]
THE STATE OF WASHINGTON, *Respondent*, v. CHARLES WILSON, *Appellant*.[2]

Appeal from a judgment of the superior court for Yakima county, Rudkin, J., entered December 21, 1904, upon a trial and conviction of the crime of robbery.  Affirmed.

*E. B. Preble* and *D. L. Crowder*, for appellant.

PER CURIAM.—The questions presented in this case are the same as those in case 5791, *State v. Smith, ante* p. 615, 82 Pac. 918, and for the reasons therein stated will stand affirmed.

[1]Reported in 82 Pac. 1135.

[2]Reported in 82 Pac. 919.